# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MATTHEW FORSBERG | ROBERTO SALAS |
| ATTORNEY* | PARALEGAL |
| DIRECT 612-383-1868 | DIRECT 612-383-1865 |
| 1-888-847-8517 EXT. 868 | 1-888-847-8517 EXT. 865 |
| MATT@FIELDSLAW.COM | ROBERTO@FIELDSLAW.COM |
| *Licensed in MN, TX, and NJ | |

June 18, 2024

The Honorable Judge David C. Godbey
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242-1003

*VIA ECF*

RE:   Barreto v. Experian Information Solutions, Inc., et al.
       Court File No. 3:24-cv-895

Dear Judge Godbey:

Please be advised that Plaintiff Cesar Barreto and Defendant Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendants Experian Information Solutions, Inc. and Nationstar Mortgage LLC, successor by merger to Seterus Inc. still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)