# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MATTHEW FORSBERG<br>ATTORNEY*<br>DIRECT 612-383-1868<br>1-888-847-8517 EXT. 868<br>MATT@FIELDSLAW.COM<br>*Licensed in MN, TX, and NJ | ROBERTO SALAS<br>PARALEGAL<br>DIRECT 612-383-1865<br>1-888-847-8517 EXT. 865<br>ROBERTO@FIELDSLAW.COM |

June 25, 2024

The Honorable Judge David C. Godbey
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242-1003

*VIA ECF*

RE:   Barreto v. Experian Information Solutions, Inc., et al.
      Court File No. 3:24-cv-895

Dear Judge Godbey:

Please be advised that Plaintiff Cesar Barreto and Defendant Experian Information Solutions, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendant Nationstar Mortgage LLC, successor by merger to Seterus Inc. still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)